IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:11-CV-00169

| | | |
|---|---|---|
| M. DALE SWIGGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PCS PHOSPHATE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rules of Civil Procedure 11 and 15, for good cause shown, and in the interest of justice, it is hereby **ORDERED** that Plaintiff's Modification of Complaint (Docket No. 16) is stricken.

This the 29th day of March 2012.

_____
U.S. District Court