**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Civil Action No. 4:11-CV-00169-FL**

| | | |
|---|---|---|
| **M. DALE SWIGGETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STAY ORDER** |
| **v.** | ) | |
| | ) | |
| **PCS PHOSPHATE COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Defendant's Motion to Stay (Dkt. No. 36), for good cause shown, with consent and agreement of all parties, and in the interests of justice, it is hereby ORDERED that all deadlines in the Case Management Order (Dkt. No. 9) that fall after July 10, 2012 and any and all other actions required of the parties after July 10, 2012, are hereby STAYED pending the Court's determination of Defendant's Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 27).

This the 12 day of ____July____ 2012.

_____
U.S. District Court