UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

M. DALE SWIGGETT, )
)
          Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:11-CV-169-FL
PCS PHOSPHATE COMPANY, INC., )
)
          Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for lack of jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2012, and for the reasons set forth more specifically therein, that defendant's motion to dismiss for lack of jurisdiction is granted and this case is dismissed with prejudice. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 29, 2012, and Copies To:**
Alexander Elkan (via CM/ECF Notice of Electronic Filing)
George William House (via CM/ECF Notice of Electronic Filing)
Daniel F.E. Smith (via CM/ECF Notice of Electronic Filing)
William P.H. Cary (via CM/ECF Notice of Electronic Filing)
M. Dale Swiggett (via U.S. Mail) 5515 Alton Court, Mebane, NC 27302


October 29, 2012                JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk